AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18cr715 | Date and time warrant executed: July 10, 2018 11:40 A.M. | Copy of warrant and inventory left with: uslawenforcement@google.com |
| Inventory made in the presence of : uslawenforcement@google.com | | |
| Inventory of the property taken and name of any person(s) seized: Data content from gmail account belonging to "warakiams@gmail.com. SW issued to Google who provided a data download via lers@google.com web address for law enforcement support. This data was received by HSI on July 20, 2018 at 16:13. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 23, 2018

_Executing officer's signature_

John W Hardin, Special Agent
_Printed name and title_